**Nicolas Mauricio Cadin VILLA, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 08–72152.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2008.*

Filed Aug. 18, 2008.

Ramin Ghashghaei, Esquire, Attorney at Law, Los Angeles, CA, for Petitioner.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Yamileth G. Handuber, Trial, OIL, Carol Federighi, Esquire, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

### MEMORANDUM **

This is a petition for review from the Board of Immigration Appeals' ("BIA") denial of a motion to reconsider and denial of a second motion to reopen the previous denial of an application for asylum, withholding of removal, and protection under the Convention Against Torture. We review this decision for an abuse of discretion. *See Ray v. Gonzales,* 439 F.3d 582 (9th Cir.2006) (citing *Singh v. Ashcroft,* 367 F.3d 1182, 1185 (9th Cir.2004)).

We conclude that the BIA did not abuse its discretion in denying the motion to reconsider because petitioner's motion was untimely. *See* 8 U.S.C. § 1229a(c)(6)(B); 8 C.F.R. § 1003.2(b)(2). We further conclude that the BIA did not abuse its discretion in denying the motion to reopen because petitioner's motion was untimely, as well as number-barred, and the petitioner has not provided sufficient evidence to support an exception to the numerical or time limits for motions to reopen. *See* 8 U.S.C. §§ 1229a(c)(7)(A) and 1229a(c)(7)(C)(i); 8 C.F.R. § 1003.2(c)(2).

Accordingly, respondent's motion for summary denial of this petition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

### PETITION FOR REVIEW DENIED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

